USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA L. BRUNO, *et al.*,

Plaintiffs,

-v-

SILVER ARCH CAPITAL PARTNERS, LLC,

Defendant.

**ORDER**

26-CV-6133 (JPO)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated November 2, 2026, this case was referred to the undersigned for settlement. ECF No. 15.

A conference is scheduled on **November 12, 2026** at **10:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 775 182 124#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: November 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge