USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________________
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA L. BRUNO, *et al.*,

Plaintiffs,

-v-

SILVER ARCH CAPITAL PARTNERS, LLC,

Defendant.

**ORDER**

26-CV-6133 (JPO)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on November 12, 2026 to discuss settlement procedures and scheduling a future settlement conference. The parties advised that a settlement conference would be more productive after engaging in certain discovery. A conference is scheduled for **January 12, 2027** at **10:00 a.m.** by telephone to discuss next steps in the settlement process. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 715 679 953#).

**SO ORDERED.**

Dated: November 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge